1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700



**FILED**

DEC 1 4 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | 2:16-SW-0780 DB |
|---|---|
| CITIBANK CHASHIER'S CHECK NUMBER 313967293 IN THE AMOUNT OF $159,000.00 MADE PAYABLE TO PLATINUM TRANSPORTATION GROUP INC., and WELLS FARGO BANK CHASHIER'S CHECK IN THE AMOUNT OF $89,000.00, ISSUED ON OCTOBER 20, 2016 FROM WELLS FARGO BANK ACCOUNT NUMBER 8283424383, Defendants. | ORDER TO REPLACE UN-NEGOTIATED CASHIER'S CHECKS |

### ORDER

For the reasons set forth in the United States' Application, the Court hereby grants Citibank and Wells Fargo Bank the authority to replace the un-negotiated cashier's checks listed below:

   a.   Citibank Cashier's Check Number 313967293 in the amount of $159,000.00 made payable to Platinum Transportation Group Inc.; and

   b.   Wells Fargo Bank cashier's check in the amount of $89,000.00, issued on October 20, 2016 from Wells Fargo Bank Account Number 8283424383.

**IT IS HEREBY ORDERED.**

Dated: 12-14-16

_____
DEBORAH BARNES
United States Magistrate Judge

1

Order to Replace
Cashier's Checks